UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 97-7214
(CA-96-1827-6-13AK)

Jackie Willard,

Plaintiff - Appellant,

versus

Correctional Officer J. Arnette, et al,

Defendants - Appellees.

O R D E R

The court amends its opinion filed February 18, 1998, as follows:

On the cover sheet and in the text of the opinion -- the spelling of appellant's name is corrected to read "Jackie Willard."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-7214

JACKIE WILLARD,

Plaintiff - Appellant,

versus

CORRECTIONAL OFFICER J. ARNETTE; LIEUTENANT H.
HENDERSON; SERGEANT MADDOX; CAPTAIN FAULKEN-
BERRY; EVANS CORRECTIONAL INSTITUTION; SOUTH
CAROLINA DEPARTMENT OF CORRECTIONS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-96-1827-6-13AK)

Submitted:  February 3, 1998       Decided:  February 18, 1998

Before ERVIN, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jackie Willard, Appellant Pro Se.  Andrew Foster McLeod, HARRIS &
MCLEOD, Cheraw, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion adopting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Willard v. Arnette, No. CA-96-1827-6-13AK (D.S.C. Aug. 11, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED